# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>*Roy Cobb, Jr.*<br><br>              Debtor. | Case No. 16-11300<br><br>Chapter 13 |

### RESPONSE TO MOTION FOR AUTHORITY TO SELL PROPERTY OF THE ESTATE (RE: 16050 AIKENS ROAD, PRAIRIEVILLE, LA 70769)

NOW INTO COURT, through undersigned counsel, comes Nationstar Mortgage LLC ("Nationstar") and respectfully responds to the Motion for Authority to Sell Property of the Estate ("the Motion") herein as follows:

I.

Nationstar is a secured creditor in this matter and holds a first mortgage on the principal residence of the Debtor located at 16050 Aikens Road, Prairieville, LA 70769.

II.

The Motion indicates that the Debtor has received an offer to purchase the property for a sum of $269,900.00. The current payoff due to satisfy Nationstar's claim in full (through January 31, 2018) is $218,253.18. Nationstar has no opposition to the Motion to the extent that any sale of the property provides for payment in full of its secured claim.

WHEREFORE, for the reasons hereinabove listed, Nationstar Mortgage LLC prays that any Order granting the Motion for Authority to Sell Property of the Estate provides for payment in full of Nationstar's secured claim.

                                                    Respectfully submitted,

SHAPIRO & DAIGREPONT, L.L.C.

BY: */s/L. Claire Mayer*
  Penny M. Daigrepont
  Louisiana Bar Roll Number 30464
  L. Claire Mayer
  Louisiana Bar Roll Number 31837
  Skye E. Prince
  Louisiana Bar Roll Number 33114
  Attorneys for Creditor
  3510 N. Causeway Blvd., Suite 600
  Metairie, LA 70002
  (504) 831-7726